# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3818
Lower Tribunal No. 2020-DR-001035-FM01-XX

_____

SEAN MCGUIRE,

Appellant,

v.

SARAH MCGUIRE,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
John McGowan, Judge.

August 13, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, BROWNLEE and GANNAM, JJ., concur.


Jacob L. Barrett, of Family First Legal Group, Naples, for Appellant.

Alan F. Hamisch, of The Law Office of Alan F. Hamisch, Naples, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED